# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARINE GROUP, LLC, dba THE MARINE GROUP BOAT WORKS (formerly SOUTH BAY BOAT YARD),<br><br>    Plaintiff,<br><br>    vs.<br><br>BLUE DECK BARGE, 260' x 28' x 12', CONCRETE DECK, her engines, tackle, furniture, apparel; 78' LANDING CRAFT MEDIUM (LCM-8), with partially fabricated deck house structure and with twin-pack Detroit diesel 6-71n, her engines, tackle, furniture, apparel; RED DECK BARGE, 135' X 40' X 10', CONCRETE DECK, her engines, tackles, furniture, apparel, <u>In Rem</u>,<br><br>    Defendants. | CASE NO. 07cv1052-LAB (AJB)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION**<br><br>[Dkt No. 23] |

On October 1, 2007, the Clerk of Court entered a default against the defendants in this *in rem* petitory admiralty action, filed June 8, 2007 to try title and foreclosure of maritime liens against three vessels. This court ordered the arrest of the vessels, effectuated August 8, 2007. Notice of the arrest was properly published pursuant to court Order and in accordance with Supplemental (Admiralty) Rule C(4) of the Federal Rules of Civil Procedure. Plaintiff's counsel declares Manuel Gamboa, the prior owner of the vessels, was served with the Complaint and the other documents filed in this case. No appearance or response has

been filed by any defendant, the prior owner, or anyone else claiming possessory or ownership interest in the vessels to date.

Plaintiff has substantiated it took title to the vessels at a public auction on January 27, 2006 free and clear of any liens, claims, or other encumbrances, and now desires to transfer title of those vessels to a local historical and philanthropic organization, the San Diego Maritime Museum, with clear title memorialized in a judicial decree. For good cause shown, **IT IS HEREBY ORDERED** the unopposed *Ex Parte* Application is **GRANTED**, with a Default Judgment to be separately entered.

**IT IS SO ORDERED**.

DATED:  October 16, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge