**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MARINE GROUP, LLC, dba THE MARINE GROUP BOAT WORKS (formerly SOUTH BAY BOAT YARD), | IN ADMIRALTY |
| | CASE NO. 07 CV 1052 LAB AJB |
| Plaintiff, | **DEFAULT JUDGMENT BY COURT** |
| vs. | |
| BLUE DECK BARGE, 260' x 58' x 12', concrete deck, her engines, tackle, furniture, apparel; 78' LANDING CRAFT MEDIUM (LCM-8), with partially fabricated deck house structure and with twin-pack Detroit diesel 6-71n, her engines, tackle, furniture apparel; RED DECK BARGE, 135' x 40' x 10', concrete deck, her engines, tackle, furniture, apparel, <u>In Rem</u>, | |
| Defendants. | |

Having entered an Order granting Plaintiff's *Ex Parte* Application for Default Judgment against Defendants BLUE DECK BARGE, 260' x 58' x 12', concrete deck, her engines, tackle, furniture, apparel; 78' LANDING CRAFT MEDIUM (LCM-8), with partially fabricated deck house structure and with twin-pack Detroit diesel 6-71n, her engines, tackle, furniture apparel; RED DECK BARGE, 135' x 40' x 10', concrete deck, her engines, tackle, furniture, apparel, ("Defendants" or "subject Vessels") filed October 2, 2007, IT IS ORDERED, ADJUDGED AND DECREED that judgment be, and hereby is entered in favor of Plaintiff THE MARINE GROUP, LLC dba THE MARINE GROUP BOAT WORKS (FORMERLY SOUTH BAY

BOAT YARD) ("Plaintiff") and against Defendants in this action, and hereby ORDER, ADJUDGE AND DECREE that Plaintiff obtained title to subject Vessels, free and clear of any other claims, liens, and encumbrances as of January 27, 2006, terminating this action in its entirety.

DATED: October 16, 2007

_____
Honorable Larry Alan Burns
United States District Judge